ISAAC LIBERMAN, Appellant, v. MAX MAYER and Others, as Committee of the Estate of JULIUS LIBERMAN, an Incompetent, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ETTA BAUM, Appellant, v. MAX MAYER and Others, as Committee of the Estate of JULIUS LIBERMAN, an Incompetent, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

BOWERY SAVINGS BANK, Respondent, v. WALTER E. WARD, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

FRANCIS HUGHES, an Infant, by CATHERINE FRANCES HUGHES, His Guardian ad Litem, Respondent, v. SUSAN LAWTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CATHERINE FRANCES HUGHES, Respondent, v. SUSAN LAWTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EDWARD REUNE, Appellant, v. RICHARD HOLL, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

NATHAN ROSENBERG, Appellant, v. JACOB HOLZMAN and Another, as Executors, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MERCHANT & EVANS COMPANY, Respondent, v. MACHINERY AND METALS SALES COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM N. MEAD, Appellant, v. MORAN TOWING AND TRANSPORTATION COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Estate Transferred by a Deed of Trust of RHODA E. HOYT, Deceased. EUGENE M. TRAVIS, Comptroller of the State of New York, Appellant; DOROTHY HOYT VOTITCHENKO and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CLARA DEVLIN, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

THOMAS DEVLIN, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

EUGENE L. NELSON and Another, Individually and Composing the Firm